**Order filed October 1, 2015**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-15-00456-CV

————————

**PROFESSIONAL DIRECTIONAL ENTERPRISES D/B/A PROFESSIONAL DIRECTIONAL, Appellant**

**V.**

**TONYA KELLEY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GARLAND RICKIE KELLEY, AND AS NEXT FRIEND FOR KARSYN I. KELLEY AND WILLIAM J. KELLEY, MINORS AND MATTHEW KELLEY, Appellees**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-75148**

---

## ABATEMENT ORDER

On September 17, 2015, this court was informed the parties had reached an agreement to settle the issues on appeal. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket for 60 days from the date of this order. The appeal will be reinstated

on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM